Matter of Moskowitz (2023 NY Slip Op 04173)

Matter of Moskowitz

2023 NY Slip Op 04173

Decided on August 3, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 3, 2023

PM-161-23
[*1]In the Matter of Dana Rachelle Moskowitz, an Attorney. (Attorney Registration No. 4331740.)

Calendar Date:July 31, 2023

Before:Garry, P.J., Egan Jr., Aarons, Pritzker and McShan, JJ.

Dana Rachelle Moskowitz, Blue Ash, Ohio, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Dana Rachelle Moskowitz was admitted to practice by this Court in 2005 and lists a business address in Cincinnati, Ohio with the Office of Court Administration. Moskowitz now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Moskowitz's application.
Upon reading Moskowitz's affidavit sworn to February 23, 2023 and filed April 28, 2023, and upon reading the July 21, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Moskowitz is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Egan Jr., Aarons, Pritzker and McShan, JJ., concur.
ORDERED that Dana Rachelle Moskowitz's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Dana Rachelle Moskowitz's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Dana Rachelle Moskowitz is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Moskowitz is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Dana Rachelle Moskowitz shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.